IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RIGO PICASSO,

    Petitioner,                    No. CIV S-08-0726 WBS GGH P

    vs.

MATTHEW C. KRAMER, et al.,

    Respondents.            ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus. On April 4, 2008, the United States District Court for the Northern District of California transferred this action to this court.

        Petitioner alleges that he is going to be transferred to a prison outside of California to serve his remaining sentence. Petitioner alleges that his transfer and the transfer of other prisoners to out-of-state prisons is being done to reduce the prison population. Petitioner contends that this transfer violates his constitutional rights.

        Petitioner is not challenging the legality of his conviction or sentence. Rather, he is challenging a condition of confinement. Accordingly, the court construes this action as a civil rights action pursuant to 42 U.S.C. § 1983. The petition is dismissed with thirty days to file a civil rights complaint. Following receipt of the complaint, the court will consider petitioner's

application to proceed in forma pauperis.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is construed as a civil rights action pursuant to 42 U.S.C. § 1983;

2. The petition is dismissed with thirty days to file a civil rights complaint; failure to comply with this order will result in a recommendation of dismissal of this action;

3. The Clerk of the Court is directed to send petitioner the form for a civil rights action pursuant to 42 U.S.C. § 1983.

DATED: 05/08/08

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

pic726.ame