IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RIGO PICASSO,

        Plaintiff,                    No. CIV S-08-0726 WBS GGH P

    vs.

MATTHEW C. KRAMER, et al.,

        Defendants.          <u>ORDER</u>

        By order filed May 8, 2008, this action was construed as a civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On July 31, 2008, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days, and they were re-served to plaintiff at his most current address on August 14, 2008. Plaintiff has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed July 31, 2008, are adopted in full; and

2. This action is dismissed without prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

DATED: November 3, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE